JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LINDA API, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation; and DOES 1 through 10,<br><br>Defendants.<br><br>AND RELATED COUNTER ACTION. | Case No. CV 14-05321-SJO (CWx)<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE [32]** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own attorneys' fees and costs.

DATED: March 5, 2015

_S. James Otero_
_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

LA #4833-9065-5266 v1

- 1 -

CASE NO. CV 14-05321-SJO (CWx)
ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE